1 Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
2 332 N. Second Street
San Jose, CA 95112
3 Telephone (408) 271-6600
Facsimile (408) 298-6046
4

5 Attorneys for Plaintiff
Jesus Sosa

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>            Plaintiff,<br><br>     vs.<br><br>NADEEM AHMAD, et al.,<br><br>            Defendants. | No.  1:10-CV-01579-LJO-GSA<br><br>**REQUEST FOR DISMISSAL OF ACTION; ORDER** |

No defendant having appeared in this action, Plaintiff requests that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 15, 2010                                   MOORE LAW FIRM, P.C.


                                                                                   /s/Tanya Moore
                                                                                   Tanya Moore
                                                                                   Attorneys for Plaintiff

///

///

///


*Sosa v. Ahmad, et al.*
Request for Dismissal

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

No Defendant having appeared in this action, and upon Plaintiff's request,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety.

**The Clerk of the Court is directed to close this action in its entirety**.


Dated: December 15, 2010          /s/ Lawrence J. O'Neill_____
                                  United States District Court Judge